**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| TARA SANTANGELO,<br><br>*Plaintiff,*<br><br>v.<br><br>AMAZON.COM, INC., DFF ECOMM, LLC, FILULA, and MAXIMILIANO EZEQUIEL FLOTTA,<br><br>*Defendants.* | CIVIL ACTION<br>NO. 26-3530 |

**ORDER**

**AND NOW**, this 14th day of August, 2026, upon consideration of Tara Santangelo's Complaint, (Dkt. No. 1-3), Amazon's Crossclaims, (Dkt. No. 7), dff ecomm and Flotta's Motions to Dismiss the Complaint and Crossclaims, (Dkt. Nos. 12, 13), Santangelo's Opposition, (Dkt. No. 18), Amazon's Opposition, (Dkt. No. 20), and dff ecomm and Flotta's Replies, (Dkt. Nos. 22, 23), it is **ORDERED** that the Motions are **GRANTED**:

1. Santangelo's request for jurisdictional discovery is **DENIED**.
2. Santangelo's claims are **DISMISSED** for lack of personal jurisdiction, **without prejudice** to her ability to refile in a proper forum.
3. The Clerk of the Court shall **CLOSE** this case.

BY THE COURT:

***/s/ Gerald J. Pappert***
Gerald J. Pappert, J.